UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

BRITTANY MURRAY,

               Plaintiff,        22-cv-8296 (JGK)

   - against -              ORDER

CITY OF NEW YORK,

               Defendant.
---

**JOHN G. KOELTL**, District Judge:

    Pursuant to this Court's Standing Administrative Order of May 24, 2015, see ECF No. 12, it is ordered that this case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. By **January 23, 2023**, the parties must produce the information specified in the Pilot Discovery Protocols for Counseled Employment Cases ("Discovery Protocols"), see id. at 2-3. By **February 20, 2023**, or as soon thereafter as can be scheduled, the parties and their counsel must participate in a mediation session. Local Rule 83.9 shall govern the mediation. The parties are directed to participate in the mediation in good faith and report to the Court on the status within 7 days of the conclusion of the mediation.

**SO ORDERED.**

Dated:    New York, New York
            December 23, 2022

                                                      John G. Koeltl
                                          United States District Judge