UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRITTANY MURRAY,

               Plaintiff,

        -against-

CITY OF NEW YORK,

               Defendant.
-------------------------------------------------------------X

          22 civ 8296 (JGK)

## ORDER

The matter being referred to mediation on December 23, 2022,

The Conference scheduled for February 15, 2023 at 3:00pm is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      January 24, 2023